**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| JEREMY MICHAEL PETERS, | : | |
| | : | CASE NO. 1:26-bk-01950-HWV |
| Debtor. | : | |

# ORDER

The Court having entered an Order on July 13, 2026, directing the Debtor to file a signed bankruptcy petition on or before July 20, 2026, Doc. 11, and advising that failure to do so could result in the petition being stricken and this case being dismissed; and the Debtor having failed to timely cure the deficiency, it is

**ORDERED** as follows:

1. The bankruptcy petition is **STRICKEN** pursuant to Federal Rule of Bankruptcy Procedure 9011(a).

2. This case is **DISMISSED**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 24, 2026