# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 7/24/2026 |
| Case: 1:26−bk−01950−HWV | Form ID: pdf010 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

ust United States Trustee ustpregion03.ha.ecf@usdoj.gov
tr Jack N Zaharopoulos info@pamd13trustee.com
aty Denise E. Carlon denise.carlon@mccalla.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Jeremy Michael Peters 535 Wayne Ave Chambersburg, PA 17201
cr Rocket Mortgage, LLC c/o McCalla Raymer Leibert Pierce, LLP Bankruptcy Department 325 Chestnut Street Suite 725 Philadelphia, PA 19106
5819066 Rocket Mortgage, LLC c/o McCalla Raymer Leibert Pierce, LLP Bankruptcy Department 325 Chestnut Street, Suite 725 Philadelphia, PA 19106

TOTAL: 3